# In the United States Court of Federal Claims

SHASTA VIEW RANCH, A CALIFORNIA LIMITED PARTNERSHIP

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1294C

Filed November 24, 2004

## ORDER

On November 19, 2004, defendant filed an Unopposed Motion for Enlargement of Time. Defendant reported that it was still having difficulty gathering the pertinent facts and documents related to plaintiffs' claims. Counsel for defendant reported that he contacted counsel for plaintiff, who agreed to assist in defendant's efforts by providing loan numbers, borrower identification numbers, and the city and state of the property at issue in plaintiff's complaint.

In consideration of defendant's request, and the fact that plaintiff is not in opposition, defendant's motion is GRANTED. The Court ORDERS that defendant shall respond to plaintiff's complaint by Monday, January 3, 2005.

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge