**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SHASTA VIEW RANCH, A CALIFORNIA
Limited Partnership,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 04-1294**
(**Judge George W. Miller**)

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 1, 2005, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As previously reported, the approval process within the Department of Justice was completed, and the parties' proposed settlement agreement was approved, on April 3, 2007. Subsequent to that approval, the parties worked to complete the process of verifying various information related to the more than 700 properties included in the settlement, toward the goal of reaching a final, signed settlement agreement.

The parties are now pleased to report that they have completed the verification process and that the final settlement agreement was fully executed by all parties effective May 21, 2007. The parties will now enter the implementation phase of the settlement process, which is expected to be completed by the first quarter of 2008. The parties will report to the Court within fourteen days after the settlement process is complete and the ADR process has concluded.

The parties have conferred regarding the filing of this document, and counsel for defendant has represented to counsel for plaintiffs that defendant concurs in the contents of this Joint Status Report.

Dated: June 1, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*